FEBRUARY 14, 1946

**No. 50895.—**—Protest 105437–K of L. A. Importing House. C. D. 974. Motion of Government for rehearing granted.

BEFORE THE FIRST DIVISION, FEBRUARY 20, 1946

**No. 50896.—**Protest 120909–K of Canada Dry Ginger Ale, Inc. (New York).

Opinion by OLIVER, P. J. At the trial the collector's letter and statements attached to each entry showing the goods remaining in warehouse on the effective date of T. D. 50797 were received in evidence. Following Abstract 48988 the bottles in question were held properly dutiable at ⅙ cent per pound under paragraphs 217 and 810, as modified by T. D. 50797.

BEFORE THE SECOND DIVISION, FEBRUARY 20, 1946

**No. 50897.—**Protests 526976–G, etc., of M. E. Friedlander, Inc. (New York).

Opinion by TILSON, J. At the trial it was shown by the testimony that the merchandise consists of hats known as harvest hats, valued at less than $3 per dozen, and similar in all material respects to those the subject of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). Upon the established facts and following the cited authority the items of merchandise imported or withdrawn for consumption prior to the effective date of the Netherlands Trade Agreement (T. D. 48075) were held dutiable at only 25 percent under paragraph 1504 (b) (5), and those items entered or withdrawn for consumption subsequent to said date were held dutiable at 12½ percent under the same paragraph.